UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO:  CV-

| | |
|---|---|
| **MYRONNA WILSON, an individual** ) | |
| **Plaintiff** ) | |
| v. ) | **CASE NUMBER:  12-2155** |
| **ALLIED INTERSTATE, INC.** ) | |
| and ) | |
| **ALLIED INTERSTATE, LLC** ) | |
| **Defendants** ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, MYRONNA WILSON, pursuant to Rule 41 (a)(I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY:   Mpf8441/s/Michael P. Forbes
Michael P. Forbes, Esquire
Attorney for Plaintiff
Law Office of Michael P. Forbes, PC
Attorney I.D. #55757
200 Eagle Road
Suite 220
Wayne, PA  19087
(610)293-9399

Date:  June 19, 2012